ACCEPTED
12-15-00039-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/10/2015 3:54:54 PM
CATHY LUSK
CLERK

# NO. 12-15-00039-CR

ON APPEAL FROM THE 159TH JUDICIAL DISTRICT COURT
ANGELINA COUNTY, TEXAS
CAUSE NO. 2014-0191

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/10/2015 3:54:54 PM
CATHY S. LUSK
Clerk

| | | |
|---|---|---|
| **TAURUS JENKINS** | § | IN THE 12TH COURT OF APPEALS |
| | § | |
| | § | OF |
| **vs.** | § | |
| | § | |
| **STATE OF TEXAS** | § | TYLER, TEXAS |

## MOTION TO EXTEND TIME TO FILE APPEALANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Taurus Jenkins, Appellant, in the above styled and numbered cause, and moves this Court to grant an extension of time to file his appellant's brief, pursuant to TEX. R. APP. P. 10.5 (b) and for good cause shows the following:

1.	This case is on appeal from the 159TH Judicial District Court of Angelina County, Texas.

2.	The case below was styled the STATE OF TEXAS vs. TAURUS JENKINS, and numbered #2014-0191.

3.	Appellant was convicted of Assault-Family Violence on January 26, 2015.

4.	Appellant was assessed a sentence of six (6) years imprisonment in the Texas Department of Corrections – Institutional Division.

5.	Pursuant to TEX. R. APP. P. 26.2, notice of appeal was filed on January 27, 2015. Defendant filed a Motion for New Trial on February 18, 2015. A hearing on the Motion for New trial was held on March 25, 2015. The motion was denied.

6.	Defendant is not in custody. He posted an appeal bond.

7.    The appellant's brief is due on June 29, 2015. There have been no extensions previously requested in this cause.

8.    The State does not oppose an extension in this cause.

9.    Appellant requests an extension of time of sixty (60) days from the present date or until August 28, 2015.

10.   Appellant relies on the following facts as good cause for the requested extension:

During the first thirty day period, appellant's counsel was on vacation from June 1, 2015 to June 7, 2015. Upon his return on June 8, 2015, counsel picked a jury in a criminal case in Angelina County on Cause No. 2014-0252, State of Texas v. Acevedo. Counsel will be in a three day trial in same case from June 15, 2015 to June 17, 2015. Counsel has a jury trial in Nacogdoches County in Cause No. F1421338, State of Texas v. Tamez, counsel will be picking a jury on June 22, 2015 and a three day trial will begin on that day. Counsel will be on vacation on July 8, 2015 to July 12, 2015. Counsel has a Petition for Discretionary Review due on June 22, 2015 with the Texas Court of Criminal Appeals on Cause No. 12-13-00241 from Appeal in the 12th Court of Appeals, Tyler, Texas, Frels v. State of Texas. Additionally, counsel will be picking a jury in criminal cases in Angelina County on July, 8, 2015 and July 20, 2015. The undersigned counsel believes that he can complete the brief during the next sixty (60) days if an extension is granted.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Notice of Appeal, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Albert J. Charanza Jr.
Charanza Law Office, P.C.
P.O. Box 1825
Lufkin, Texas 75902
936/634-8568
936/634-0306 (fax)
State Bar No. 00783820
ATTORNEY FOR THE APPELLANT

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing MOTION TO EXTEND TIME TO FILE APPEALANT'S BRIEF was served upon the District Attorney's Office, Angelina County, Texas, 215 East Lufkin Avenue, Lufkin, Texas 75901 on June 10, 2015

_____
Albert J. Charanza Jr.

## NO. 12-15-00039-CR

ON APPEAL FROM THE 159TH JUDICIAL DISTRICT COURT
ANGELINA COUNTY, TEXAS
CAUSE NO. 2014-0191

| | | |
|---|---|---|
| **STATE OF TEXAS** | | § |
| | | § |
| **COUNTY OF ANGELINA** | | § |

### AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Albert J. Charanza, Jr., who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swears that all of the allegations of fact contained therein are true and correct."

_____
Albert J. Charanza, Jr. Affiant
Counsel for Appellant

**SUBSCRIBED AND SWORN TO BEFORE ME** on June 10, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

LUCIA GONZALEZ
Notary Public, State of Texas
My Commission Expires
May 01, 2018